UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Monique Nichols, et al. v. Bayer Corporation, et al.*[1]     No. 3:12-cv-11690-DRH-PMF

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs Stephanie Fisher and Cynthia Taylor's claims in the above-captioned the above-captioned matter are dismissed without prejudice, each party to bear its own costs.  Furthermore, this Stipulation dismisses all of these Plaintiffs' claims against all parties, including those parties who have not entered their appearance and/or signed the stipulation.

The above-captioned matter continues for all remaining named plaintiffs.

---

[1] This stipulation applies to plaintiffs Stephanie Fisher and Cynthia Taylor only.

DATED:  July 7, 2015

| | |
|---|---|
| *s/ Jasper D. Ward (w/ consent)* | *s/ John E. Galvin* |
| Jasper D. Ward | John E. Galvin (IL Bar #6205935) |
| Lawrence L. Jones II | Terry Lueckenhoff (Bar # 27810MO) |
| JONES WARD PLC | FOX GALVIN, LLC |
| 312 South 4th Street | One South Memorial Drive, 12th Floor |
| Louisville, KY  40202 | St. Louis, MO 63102 |
| Telephone:  (502) 882-6000 | Telephone:  (314) 588-7000 |
| Facsimile:  (502) 587-2007 | Facsimile:  (314) 588-1965 |
| jasper@jonesward.com | jgalvin@foxgalvin.com |
| larry@jonesward.com | tlueckenhoff@foxgalvin.com |
| | |
| *Attorneys for Plaintiffs* | Kaspar Stoffelmayr (IL Bar # 6238172) |
| | Brian S. Prestes (IL Bar # 6288528) |
| | Katherine M. Swift (IL Bar # 6290878) |
| */s/ Prentiss W. Hallenbeck, Jr. (w/ consent)* | Bartlit Beck Herman Palenchar & Scott LLP |
| Prentiss W. Hallenbeck, Jr. | 54 West Hubbard Street, Suite 300 |
| ULMER & BERNE LLP | Chicago, IL 60654 |
| 600 Vine Street #2800 | Telephone:  (312) 494-4400 |
| Cincinnati, OH 45202 | Facsimile:  (312) 494-4440 |
| Telephone: (513) 698-5000 | kaspar.stoffelmayr@bartlit-beck.com |
| Email: phallenbeck@ulmer.com | brian.prestes@bartlit-beck.com |
| | kate.swift@bartlit-beck.com |
| *Counsel for Defendants Barr Laboratories,* | |
| *Inc. and Teva Pharmaceuticals, USA, Inc.* | Susan A. Weber (IL Bar # 6211895) |
| | Bradley Arant Boult Cummings LLP |
| | One Federal Place |
| | 1819 Fifth Avenue North |
| | Birmingham, Alabama |
| | Telephone:  (205) 521-8000 |
| | Facsimile:  (205) 488-6585 |
| | |
| | *Counsel for Bayer Defendants* |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                             *s/ John E. Galvin*