UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

Judge David R. Herndon

*Nichols et al. v. Bayer Corporation et al* No. 3:12-cv-11690-DRH-PMF

**ORDER**

**HERNDON, District Judge:**

This matter is before the Court on attorney Jasper Ward's Motion to Withdraw as Attorney as to plaintiffs Shaquonda Cunningham, Stephanie Fisher, Monique Nichols, and Cynthia Taylor (Doc. 11) and related pleadings.

On July 7, 2015, a stipulation of dismissal without prejudice was filed on behalf of plaintiffs Stephanie Fisher and Cynthia Taylor (Doc. 8). As a result, on July 14, 2015, plaintiffs Fisher and Taylor were terminated from the Court's docket. On July 28, 2015, attorney Jasper Ward filed a motion to withdraw as attorney on behalf of plaintiffs Cunningham, Fisher, Nichols, and Taylor (Doc. 11). The Court deferred ruling on the motion in light of the pending global settlement and directed counsel to take certain action with regard to communicating with his clients (Doc. 12). On October 20, 2015, the Court

directed counsel to provide the Court with notice regarding the Court's prior directive (Doc. 13).

On October 28, 2015, counsel provided the requested notice of compliance as to plaintiffs Cunningham and Nichols and asked the Court to proceed with ruling on counsel's motion to withdraw (Doc. 14). As to plaintiffs Fisher and Taylor, counsel filed a motion to strike his previous motion to withdraw as moot (Doc. 15) (stating that plaintiffs Fisher and Taylor were previously dismissed without prejudice and asking the Court to deny the motion to withdraw as moot). On October 29, 2015, counsel filed a motion to strike its notice and motion to withdraw as to plaintiff Cunningham (stating that plaintiff Cunningham is now in contact with counsel and wishes to continue representation). Accordingly, the Court **ORDERS** as follows:

**Stephanie Fisher and Cynthia Taylor**

The motion to withdraw as attorney as to **Stephanie Fisher** and **Cynthia Taylor** (Doc. 11) is **DENIED** as **MOOT**.

**Shaquonda Cunningham**

The motion to withdraw as attorney as to **Shaquonda Cunningham** is **WITHDRAWN.**

**Monique Nichols**

The motion to withdraw as attorney as to plaintiff **Monique Nichols,** providing a last known address for plaintiff of 24 Chautauqua Avenue, Jamestown, NY 14701, is **GRANTED**.

As to plaintiff **Monique Nichols**, attorney Jasper Ward is **WITHDRAWN** as counsel of record. **FURTHER,** the Court **DIRECTS MOVANT JASPER WARD to serve a copy of this order of withdrawal within 7 days** upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

**FURTHER, the Court ORDERS as follows:**

1. **Supplementary Entry of Appearance:** Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**.
2. **If plaintiff or her new counsel fails to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiff's action will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court.**

3. **Further, if after <u>21 days</u> of the entry of this order, the plaintiff is not in compliance with the requirements of any court rule or order (including applicable MDL case management orders), the plaintiff's action may be subject to dismissal, including dismissal WITH prejudice.**

    **IT IS SO ORDERED.**

    Signed this 9th day of November, 2015.

Digitally signed by
Judge David R. Herndon
Date: 2015.11.09
11:09:06 -06'00'

**United States District Judge**